**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**June 5, 2003**

**Charles R. Fulbruge III**
**Clerk**

**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

————————————————

**No. 01-21183**
**Summary Calendar**

————————————————

**UNITED STATES OF AMERICA,**

**Plaintiff-Appellee,**

**versus**

**SERGIO CALDERON-MONTECZUMA,**

**Defendant-Appellant.**

_____

**Appeal from the United States District Court**
**for the Southern District of Texas**
**(H-01-CR-385-ALL)**

_____

Before BARKSDALE, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

    Sergio Calderon-Monteczuma appeals the sentence imposed following his guilty-plea conviction for illegal reentry following deportation. 8 U.S.C. §§ 1326(a) and (b)(2). He contends that, in the special conditions of supervised release, the district court impermissibly delegated its authority by ordering the probation office to determine: (1) the extent of Calderon's required participation in drug and/or alcohol treatment programs; and (2) the drug-detection techniques to which Calderon must submit.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Calderon did not object, however, to the special conditions. "The plain error doctrine requires parties to raise objections at procedurally opportune junctures as early in the judicial process as possible." *United States v. Lopez*, 923 F.2d 47, 50 (5th Cir.), *cert. denied*, 500 U.S. 924 (1991).  At sentencing, Calderon had ample opportunity to lodge an objection to the special conditions. Accordingly, our review is limited to plain error.  *E.g.*, *United States v. Vega*, 324 F.3d 798, 801 n.3 (5th Cir. 2003); *Lopez*, 923 F.2d at 50.

Calderon has failed to provide binding authority demonstrating that the delegation was a clear or obvious error.  Therefore, Calderon has not demonstrated this required element for reversible plain error.  *See* *Vega*, 324 F.3d at 801 n.3.

*AFFIRMED*